THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAIGTH A. OLLMAN, Appellant. (Appeal No. 2.) [765 NYS2d 542] —Appeal from a judgment of Steuben County Court (Bradstreet, J.), entered June 5, 2000, convicting defendant upon his plea of guilty of perjury in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Ollman* (309 AD2d 1241 [2003]). Present—Pigott, Jr., P.J., Hurlbutt, Gorski and Lawton, JJ.